IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED ASSOCIATION OF PLUMBERS & PIPEFITTERS LOCAL 322 OF SOUTHERN NEW JERSEY,<br><br>Plaintiff,<br><br>v.<br><br>MALLINCKRODT ARD LLC, et al.<br><br>Defendants. | : : : : : : : : : : : : : : : : : : | Civil Action No. 1:21-cv-01201-SB |

**PLAINTIFF UNITED ASSOCIATION OF PLUMBERS & PIPEFITTERS
LOCAL 322 OF SOUTHERN NEW JERSEY'S
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff United Association of Plumbers & Pipefitters Local 322 of Southern New Jersey hereby voluntarily dismisses its claims in this action without prejudice. Plaintiff has sought and obtained the consent of the Defendants, Mallinckrodt ARD Inc. and Mallinckrodt PLC, who filed answers to the Complaint in September 2020 before the case was transferred to this Court.

1

In view of the consent of the Defendants to this voluntary dismissal, Plaintiff respectfully requests approval of the Court to the dismissal by order.

Dated:  April 21, 2022
       Wilmington, Delaware

Respectfully submitted,

*/s/ Daniel K. Astin*
Daniel K. Astin (No. 4068)
**CIARDI CIARDI & ASTIN**
1204 North King Street
Wilmington, DE 19801
Telephone: (302) 384-9541
Facsimile: (302) 658-1300
dastin@ciardilaw.com

- and –

Donald E. Haviland, Jr., Esq.
William H. Platt II, Esq.
**HAVILAND HUGHES**
201 S. Maple Ave., Suite 110
Ambler, PA 19002
Telephone: (215) 609-4661
Facsimile: (215) 392-4400
haviland@havilandhughes.com
platt@havilandhughes.com

*Attorneys for Plaintiff*

**SO ORDERED BY THE COURT:**

_____
THE HONORABLE STEPHANOS BIBAS